UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STEVEN TYSON

        Plaintiff,                                       Case No.: 3:22-cv-211

v.                                                     District Judge Walter H. Rice
                                                         Magistrate Judge Peter B. Silvain, Jr.

TROOPER M. CARTER, *et al.*,

        Defendants.

---

**NOTICE TO *PRO SE* PLAINTIFF UPON
FILING OF DISPOSITIVE MOTIONS**

---

        You are hereby notified that the Defendant has filed two motions to dismiss in this case pursuant to Fed. R. Civ. P. 12. (Doc. #s 6, 15).  The Court's decision on such motions may result in the dismissal of some or all of your claims.  You should receive a copy of the motions directly from the Defendant via regular mail.  Your response to these motions must be filed **no later than November 14, 2022** and must conform to the requirements of  Fed. R. Civ. P. 12.  When you file your response, you must include a certificate confirming that you have served your response on *all* parties in the case. Please consult the Court's Pro Se Guide for Civil Litigants  for  guidance about responding to Defendant's motion. The Pro Se Guide for Civil Litigants is available in the Office of the Clerk of Court, Walter H. Rice Federal Building and U.S. Courthouse,   Room 712,   200   W.   2nd   St.,   Dayton,   OH   45402,   and   online   at https://www.ohsd.uscourts.gov/pro-se.

Date:   October 27, 2022                                    *s/Peter B. Silvain, Jr.*
                                                                  Peter B. Silvain, Jr.
                                                                   United States Magistrate Judge