UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEVE TYSON, | Case No. 3:22-cv-211 |
| Plaintiff, | |
| vs. | District Judge Walter H. Rice<br>Magistrate Judge Peter B. Silvain, Jr. |
| TROOPER M. CARTER, *et al.*, | |
| Defendants. | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. #23), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. #21) is **DENIED AS MOOT**;

2. Plaintiff's Motion for Leave to File Fourth Amended Complaint (Doc. #22) is **DENIED WITHOUT PREJUDICE**;

3. Defendant Carter's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #6) is **DENIED AS MOOT**;

4. Defendant Carter's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #15) is **DENIED WITHOUT PREJUDICE**;

5. The Order to stay all proceedings in this matter is **LIFTED**;

6. Defendant Carter's response to Plaintiff's Second Amended Complaint (Doc. #9) is due **within 14 days of this Decision and Entry**; and

7. Plaintiff must serve Defendant Hagen with summons and a copy of the Second Amended Complaint **within 45 days of this Decision and Entry.**

August 30, 2023

*Walter H. Rice* (signature)
Walter H. Rice
United States District Judge