# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEVE TYSON, | : Case No. 3:22-cv-211 |
| Plaintiff, | : |
| vs. | : District Judge Walter H. Rice |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| TROOPER M. CARTER, *et al.*, | : |
| Defendants. | : |

## ORDER

This case is before the Court upon Plaintiff's Rule 26(a)(1) Disclosures (Doc. #55), Defendant Notice of Service of Initial Disclosures (Doc. #56), Defendant's Notice of Deposition of Plaintiff Steve Tyson (Doc. #57), and Plaintiff's Notice of "Settlement" (Doc. #58).

Absent circumstances not present here, discovery materials, including disclosures under Rule 26(a)(1) or (2) and notices of deposition, must not be filed with the Court. *See* Fed. R. Civ. P. 5(d)(1)(A). Accordingly, Plaintiff's Rule 26(a)(1) Disclosures (Doc. #55), Defendant Notice of Service of Initial Disclosures (Doc. #56), and Defendant's Notice of Deposition of Plaintiff Steve Tyson (Doc. #57) are **STRICKEN** from the record. Furthermore, Plaintiff's Notice of "Settlement" (Doc. #58)—which appears to be Plaintiff's settlement demand—is **STRICKEN** from the record as improperly filed. The Clerk is **DIRECTED** to restrict those filings to court access only.

**IT IS SO ORDERED.**

March 19, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge